**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angella Leann PARKER, Defendant–Appellant.**

No. 14–30245.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 21, 2015.*

Filed Sept. 25, 2015.

Timothy John Racicot, Assistant U.S., Office of the U.S. Attorney, Missoula, MT, Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Angella Leann Parker, Bryan, TX, pro se.

Before: REINHARDT, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Angella Leann Parker appeals pro se from the district court's order denying her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether a district court has authority to modify a sentence under section 3582(c)(2), *see United States v. Leniear,* 574 F.3d 668, 672 (9th Cir.2009), and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Parker argues that she is eligible for a sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court properly concluded that Parker is ineligible for a sentence reduction because her sentence is already below the amended Guidelines range, and the government did not file a motion for substantial assistance. *See* U.S.S.G. § 1B1.10(b)(2) (unless the government filed a motion for substantial assistance, the district court shall not reduce a defendant's term of imprisonment under § 3582(c)(2) to a term below the amended Guidelines range); *United States v. Davis*, 739 F.3d 1222, 1224 (9th Cir. 2014).

All pending motions are denied as moot.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.